1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8

9                                    )
CHAUNCEY HOLLIS,                      )        1: 09-cv-00156 OWW DLB PC
10                                   )
                    Plaintiff,        )        ORDER DISMISSING ACTION
11                                   )        PURSUANT TO PLAINTIFF'S
         v.                           )        NOTICE OF VOLUNTARY
12                                   )        DISMISSAL
R. GONZALEZ, et al.,                  )
13                                   )        (Doc # 11)
                    Defendants.       )
14  _____)

15

16        Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action.

17        On May 29, 2009, plaintiff filed a document in which he states that he wishes to dismiss this

18  action.  Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by

19  filing a notice of dismissal before service by the adverse party of an answer or of a motion for

20  summary judgment.  None of the defendants named in this action have been served with the

21  complaint, thus they have not filed an answer or other responsive pleading.

22        Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal

23  and the Clerk of Court is directed to close the file in this action.

24  IT IS SO ORDERED.

25  **Dated:    June 2, 2009**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE
26

27

28